## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUISE BLANYAR, *et al.*, | : | |
| Plaintiffs | : | CIVIL ACTION NO. 3:15-1303 |
| v. | : | (JUDGE MANNION) |
| GENOVA PRODUCTS, INC., | : | |
| Defendant | : | |

# O R D E R

Oral argument having been heard on the defendant's pending motion to dismiss, **IT IS HEREBY ORDERED THAT:**

**(1)** the court will take the parties' arguments with regard to the issues raised in the motion to dismiss under advisement;

**(2)** the court will withhold setting a case management schedule until after a decision on the motion to dismiss has been rendered; and

**(3)** all discovery is stayed in this matter pending the court's ruling on the defendant's motion to dismiss.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: September 25, 2015**
O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2015 ORDERS\15-1303-06.wpd