**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LOUISE BLANYAR, _et al._,** | : | |
| Plaintiffs | : | CIVIL ACTION NO. 3:15-1303 |
| v. | : | |
| **GENOVA PRODUCTS, INC.,** | : | (JUDGE MANNION) |
| Defendant | : | |

## O R D E R

In accordance with the memorandum issued this same day in the above-captioned matter, **IT IS HEREBY ORDERED THAT:**

**(1)** the defendant's motion to dismiss the plaintiffs' complaint, **(Doc. 8)**, is **GRANTED**;

**(2)** the plaintiffs' complaint, **(Doc. 1)**, is **DISMISSED WITHOUT PREJUDICE**; and

**(3)** to the extent that the plaintiffs wish to do so, they may file an amended complaint which complies with the directives set forth in the court's memorandum on or before **March 21, 2016**.

s/ _Malachy E. Mannion_
**MALACHY E. MANNION**
**United States District Judge**

**Date: February 25, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1303-01-ORDER.wpd